**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-8059**

WILLIAM DOUGLAS DAWSON, JR.,

        Plaintiff - Appellant,

    v.

CAPTAIN RHONDA ABSTON; WARDEN MICHAEL MCCALL; ASSISTANT
WARDEN FLORENCE MAUNEY; ASSISTANT WARDEN DENIS BUSH,

        Defendants – Appellees,

    and

SOUTH CAROLINA DEPARTMENT OF CORRECTION,

        Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Florence. David C. Norton, District Judge.
(4:13-cv-01366-DCN-TER)

Submitted: April 24, 2014        Decided: April 29, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Douglas Dawson, Jr., Appellant Pro Se. Lisa Arlene
Thomas, THOMPSON & HENRY, PA, Conway, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Douglas Dawson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying Dawson's request for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dawson v. Abston</u>, No. 4:13-cv-01366-DCN-TER (D.S.C. Dec. 12, 2013)  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>